UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA
        Plaintiff,

v.

IRVIN LEE McCLENDON,

        Defendant.

NO. 07-5663 RBL

Order Deferring Self-Report Date

**Order**

Irvin Lee McClendon moves the Court to delay his self-report date to CI Taft for roughly one month - to 2/7/10 - based on his need to finalize various tax issues and matters pertaining to this case. The Court finds Mr. McClendon's request reasonable.

Accordingly, Mr. McClendon's self-report date shall be 2/7/10.

IT IS SO ORDERED THIS 30th Day of December, 2009.

                      RONALD B. LEIGHTON
                      UNITED STATES DISTRICT JUDGE

Order Deferring Self-report date      1     PHIL BRENNAN, Esq.
                                                                P.O. Box 22837
                                                               Seattle, WA 98122
                                                               (206) 372-5881